IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ] | |
| ] | |
| ] | |
| **v.** ] | **2:24-cr-00199-ACA-SGC-1** |
| ] | |
| **DEVERICK DEWAYNE CROOM,** ] | |
| ] | |
| **Defendant.** ] | |

# ORDER

Defendant Deverick Dewayne Croom moves to suppress evidence obtained from two searches of his hotel room. (Doc. 20). The magistrate judge issued a report recommending that the court deny the motion on the grounds that (1) for the first search, the police had the consent of the co-occupant and, if she lacked authority to consent, the police reasonably believed she had that authority; (2) the police lawfully seized the hotel key card incident to arresting Mr. Croom; (3) the police reasonably tested the hotel key card; (4) the co-occupant's consent to the search remained valid for the second search; and (5) the absence of bodycam footage does not alter the analysis. (Doc. 28). Although the magistrate judge advised Mr. Croom of his right to file objections and the consequences of a failure to object (*id.* at 17), Mr. Croom has not filed any objections.

Mr. Croom's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court **ADOPTS** the report, **ACCEPTS** the recommendations, and **DENIES** the motion to suppress.

**DONE** and **ORDERED** this December 20, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE